1

2

3

4

5                   UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8    ANNINA PUCIO,                              Case No.  12-cv-04640-JST

          Plaintiff,
9

          v.                                    **ORDER SETTING INITIAL CASE
10                                              MANAGEMENT CONFERENCE**

11   STANDARD INSURANCE COMPANY, et
     al.,
12        Defendants.

13

14

15

16          Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-2, a case

17   management conference will be held in this action on May 15, 2013 at 2:00 P.M. in Courtroom 9,

18   19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  Each party shall appear

19   personally or by counsel having authority to enter into stipulations and make admissions pursuant

20   to this Order.  Any request to reschedule the date of the conference shall be made in writing, and if

21   possible, by stipulation, no later than seven days before the date of the conference and must be

22   based upon good cause.

23          Counsel shall meet and confer as required by Federal Rule of Civil Procedure 26(f) prior to

24   the conference with respect to those subjects set forth in the Federal Rules of Civil Procedure and

25   the standing orders of this Court.  The parties shall file a joint case management statement no later

26   than five court days before the case management conference.  The statement shall address the

27   topics contained in the Standing Order for All Judges of the Northern District of California:

28   Contents of Joint Case Management Statement and otherwise comply with the standing orders of

United States District Court
Northern District of California

1    this Court, which are all available at cand.uscourts.gov/jstorders.

2

3

4    Dated: March 19, 2013

5    _____
     Jon S. Tigar

6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2