UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNINA PUCCIO,<br><br>    Plaintiff,<br><br>    v.<br><br>STANDARD INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.  12-cv-04640-JST<br><br>**ORDER TO SHOW CAUSE** |

    The Court held a case management conference in this action on May 15, 2013.  Counsel for Defendant Tom Stack failed to appear at the conference or, according to counsel who did appear at the hearing, to participate in the preparation of a joint case management statement as required by this Court's order.  See ECF No. 38, Order Setting Initial Case Management Conference ("Each party shall appear personally or by counsel having authority to enter into stipulations and make admissions pursuant to this Order. . . . Counsel shall meet and confer as required by Federal Rule of Civil Procedure 26(f) prior to the conference with respect to those subjects set forth in the Federal Rules of Civil Procedure and the standing orders of this Court. The parties shall file a joint case management statement no later than five court days before the case management conference.").  Counsel for Tom Stack was identified by counsel for the other parties as Wayne Collins; Collins has not filed a notice of appearance as required by Civil Local Rule 5-1(c).

    On or before June 4, 2013, counsel for Tom Stack must show cause, in writing, why he should not be sanctioned for failing to comply with a court order and with the Civil Local Rules by failing to appear at the case management conference, failing to participate in the drafting of a joint case management statement, and failing to file a notice of appearance.  See Miranda v. S.

Pac. Transp. Co., 710 F.2d 516, 521 (9th Cir. 1983) (discussing the types of sanctions that a district court may impose on a noncomplying attorney). The Court will hold a hearing on this matter on June 18, 2013, at 9:00 a.m. Counsel for Tom Stack must appear in person.

**IT IS SO ORDERED**.

Dated: May 16, 2013

JON S. TIGAR
United States District Judge