1  Justs N. Karlsons, No. 042899
   Garrett Sanderson III, No. 131026
2  Hong T. Le, No. 242335
   **CARROLL, BURDICK & McDONOUGH LLP**
3  Attorneys at Law
   44 Montgomery Street, Suite 400
4  San Francisco, CA  94104
   Telephone:     415.989.5900
5  Facsimile:     415.989.0932
   Email:         jkarlsons@cbmlaw.com
6                 gsanderson@cbmlaw.com
                  hle@cbmlaw.com
7
   Attorneys for Defendant
8  Volkswagen Group of America, Inc.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | Annina Puccio,                              | No. 3:12-cv-04640-JST |
|---|---|
13 |     Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANTS VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN AG AND THOMAS STACK** |
14 | v. | |
15 | Standard Insurance Company ("Standard") and NetApp, Inc. ("NetApp"), Volkswagen AG, Volkswagen Group of America, Inc., Tom Stack and DOES 1-100, inclusive, | |
18 |     Defendants. | |

        IT IS HEREBY STIPULATED, through the undersigned, that the above-caption action be and hereby is dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1), as to defendants Volkswagen Group of America, Inc., Volkswagen AG, and Thomas Stack.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 27, 2014 | THE LAW OFFICE OF DANIEL P. WHITE |
| 3 | | |
| 4 | | By /s/ _____ |
| 5 | | Daniel P. White<br>Attorney for Plaintiff Annina Puccio |
| 6 | Dated: February 27, 2014 | CARROLL, BURDICK & McDONOUGH LLP |
| 7 | | |
| 8 | | By /s/ _____ |
| 9 | | Garrett Sanderson III<br>Attorney for Defendant Volkswagen Group of America, Inc. |
| 10 | | |
| 11 | Dated: February 27, 2014 | TOSCHI, SIDRAN, COLLINS & DOYLE |
| 12 | | |
| 13 | | By /s/ _____ |
| 14 | | Wayne M. Collins<br>Attorney for Defendant Thomas Stack |

Dated: March 3, 2014

[APPROVED — Judge Jon S. Tigar — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]